**Opinion issued February 13, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00948-CV

———————————

**NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY,**
**Appellant**

**V.**

**HARRY C. ARTHUR, Appellee**

On Appeal from the 151st District Court
Harris County, Texas
Trial Court Case No. 2010-11438

## MEMORANDUM OPINION

The parties have filed an "Agreed Motion to Dismiss Appeals," representing that they have settled the claims at issue and no longer wish to pursue their appeals. In accordance with their settlement agreement, they request that we grant

their motion; reverse, set aside, and vacate the trial court's final judgment without regard to the merits; and remand the case to the trial court for rendition of a take-nothing judgment. *See* TEX. R. APP. P. 42.1(a)(2)(B). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion. The trial court's judgment is set aside without regard to the merits, and the case is remanded to the trial court for rendition of a take-nothing judgment in accordance with the terms of the parties' settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.